### LUCILLE MYERS CAPPS v. REUBEN B. STRATTON.

(Filed 27 November 1963.)

APPEAL by plaintiff from *Crissman, J.,* 18 February 1963 Civil Session of GUILFORD—High Point Division.

Civil action to recover damages for personal injuries allegedly caused by the actionable negligence of defendant.

Defendant in his answer denied negligence and conditionally pleaded contributory negligence of plaintiff as a bar to recovery.

This action grew out of a collision between an automobile driven by plaintiff and an automobile driven by defendant about 12:25 p.m. on 9 January 1961 at the intersection of West Washington and College Streets in the city of High Point.

The jury found by their verdict that plaintiff was injured by defendant's negligence as alleged in the complaint, and that plaintiff by her own negligence contributed to her injuries as alleged in the answer.

From judgment entered on the verdict, plaintiff appeals.

*Martin, Whitley and Washington by Edward K. Washington for plaintiff appellant.*

*Morgan, Byerly, Post, Van Anda & Keziah by W. B. Byerly, Jr., for defendant appellee.*

PER CURIAM. The pages of our Reports are filled with cases for damages growing out of automobile collisions at street intersections, wherein the applicable law has been stated and repeated again and again. A careful examination of the assignments of error discloses no new question or feature requiring extended discussion. Prejudicial error has not been made to appear. The verdict and judgment will be upheld.

No error.